IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER S. FUHRE | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-498 |
| SERGEANT RICHARD | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Christopher S. Fuhre, a prisoner confined at the San Jacinto Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendant resides or in which the claim arose. However, under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interest of justice, a district court may transfer any civil action to any other district or division where it could have been brought. Such a transfer may be done *sua sponte* and is reviewable only for an abuse of discretion. *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Plaintiff complains about incidents that took place in Trinity County, Texas, which is located in the Lufkin Division of the United States District Court for the Eastern District of Texas. However, this case was filed in the Beaumont Division. The court has considered the circumstances and determined that the interests of justice would be served if the complaint were transferred to the division in which the claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Lufkin Division of the United States District Court for the Eastern District of Texas.

**SIGNED this the 18th day of November, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE